UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-CR-125-JJM-PAS |
| HECTOR GONZALEZ MICHEL, Defendant. | |

### JOINT MOTION TO CONTINUE TRIAL CALENDAR CALL

Pursuant to 18 U.S.C. § 3161(h)(7), the government and Defendant move to continue the proceedings to the June 2023 Trial Calendar Call, so as to allow additional time for discovery and plea negotiations.

Specifically, the parties agree to exclude the time period from present until the June trial calendar call under the Speedy Trial Act.

The grant of a continuance will likely conserve judicial resources in this case. Based on the foregoing, the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*Stacey Erickson*

STACEY A. ERICKSON
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5032
Fax (401) 709-5001
Email:  Stacey.veroni@usdoj.gov